**COMMONWEALTH**

v.

**CREIGHAN, B.**

**17 CD 2017**

Commonwealth Court of Pennsylvania.

08/03/2017

Allegheny County Criminal Division, SA 1129 of 2016

Affirmed

**NASON, A.**

v.

**UCBR**

**1632 CD 2016**

Commonwealth Court of Pennsylvania.

08/04/2017

Unemployment Compensation Board of Review, B–592247

Vacated/Remanded

**JOY CONE COMPANY**

v.

**WCAB (FLUENT)**

**1066 CD 2016**

Commonwealth Court of Pennsylvania.

08/04/2017

Workers' Compensation Appeal Board, A15–0989

Affirmed

**SMITH, C**

v.

**DOC and PBPP**

**992 CD 2015**

Commonwealth Court of Pennsylvania.

08/08/2017

Board of Probation & Parole, Inmate No. JD2086

Vacated/Remanded